IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-0944-AP

JAMES A. HOWARD,

    Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Charles E. Binder
Law Offices of Harry J. Binder & Charles E. Binder, P.C.
60 East 42 Street, Suite 520
New York, New York New York 10165
212-677-6801
Fax: 646-273-2196
fedcourt@binderlawfirm.com

John F. Walsh
United States Attorney

J.B. García
Assistant United States Attorney
District of Colorado

For Defendant:
Stephanie Lynn F. Kiley
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 4169
Denver, Colorado 80294-4003
(303) 844-0815
stephanie.kiley@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

        **A.**       **Date Complaint Was Filed:   April 12, 2013**

        **B.**       **Date Complaint Was Served on U.S. Attorney's Office: June 10, 2013**

        **C.**       **Date Answer and Administrative Record Were Filed: August 9, 2013**

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7.  OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

The parties state that this case is not on appeal from a decision issued on remand from this Court.

**8.  BRIEFING SCHEDULE**

Due to Defendant's counsel's caseload, the parties request a briefing schedule two weeks outside of the standard time frame.

        **A.**       **Plaintiff's Opening Brief Due: October 22, 2013**

        **B.**       **Defendant's Response Brief Due: November 21, 2013**

        **C.**       **Plaintiff's Reply Brief (If Any) Due: December 6, 2013**

9.     **STATEMENTS REGARDING ORAL ARGUMENT**

    A.     **Plaintiff's Statement:** Plaintiff does not request oral argument.

    B.     **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    A.     (x) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.     ( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 29<u>th</u> day of <u>August</u>, 20<u>13</u>.

BY THE COURT:

***s/John L. Kane***
U.S. DISTRICT COURT JUDGE

APPROVED:                                UNITED STATES ATTORNEY

/s/ Charles E. Binder                  /s/ Stephanie Lynn F. Kiley
Charles E. Binder                     By: Stephanie Lynn F. Kiley
Law Offices of Harry J. Binder        Special Assistant U.S. Attorney
& Charles E. Binder, P.C              1961 Stout Street, Suite 4169
60 East 42 Street, Suite 520           Denver, CO 80294-4003
New York, New York 10165           303-844-0815
212-677-6901                                stephanie.kiley@ssa.gov
fedcourt@binderlawfirm.com