IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-0944-AP

JAMES A. HOWARD,

    Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Charles E. Binder
Law Offices of Harry J. Binder & Charles E. Binder, P.C.
60 East 42 Street, Suite 520
New York, New York New York 10165
212-677-6801
Fax: 646-273-2196
fedcourt@binderlawfirm.com

For Defendant:
John F. Walsh — Stephanie Lynn F. Kiley
United States Attorney — Special Assistant United States Attorney
Office of the General Counsel
J.B. García — Social Security Administration
Assistant United States Attorney — 1961 Stout Street, Suite 4169
District of Colorado — Denver, Colorado 80294-4003
(303) 844-0815
stephanie.kiley@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed: April 12, 2013

    B.    Date Complaint Was Served on U.S. Attorney's Office: June 10, 2013

    C.    Date Answer and Administrative Record Were Filed: August 9, 2013

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7. OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

The parties state that this case is not on appeal from a decision issued on remand from this Court.

**8. BRIEFING SCHEDULE**

Due to Defendant's counsel's caseload, the parties request a briefing schedule two weeks outside of the standard time frame.

    A.    Plaintiff's Opening Brief Due: October 22, 2013

    B.    Defendant's Response Brief Due: November 21, 2013

    C.    Plaintiff's Reply Brief (If Any) Due: December 6, 2013

**9.     STATEMENTSREGARDINGORALARGUMENT**

    **A.     Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.     Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    **A.     (x) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.     ( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 29<u>th</u> day of <u>August</u>, 20<u>13</u>.

                                            BY THE COURT:

                                            ***s/John L. Kane***
                                            U.S. DISTRICT COURT JUDGE

| APPROVED: | UNITED STATES ATTORNEY |
|---|---|
| /s/ Charles E. Binder | /s/ Stephanie Lynn F. Kiley |
| Charles E. Binder | By: Stephanie Lynn F. Kiley |
| Law Offices of Harry J. Binder | Special Assistant U.S. Attorney |
| & Charles E. Binder, P.C | 1961 Stout Street, Suite 4169 |
| 60 East 42 Street, Suite 520 | Denver, CO 80294-4003 |
| New York, New York 10165 | 303-844-0815 |
| 212-677-6901 | stephanie.kiley@ssa.gov |
| fedcourt@binderlawfirm.com | |